# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: Seroquel XR (Extended Release Quetiapine Fumarate) Litigation

All End-Payor Class Actions

Lead Case No.: 19-cv-08296 CM

## [~~PROPOSED~~] ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion of Donna M. Evans for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the Bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

> Donna M. Evans
> Cohen Milstein Sellers & Toll PLLC
> 88 Pine St. 14th Floor
> New York, NY 10005
> Phone 212-838-7797
> Fax 212-838-7745
> Email devans@cohenmilstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2020

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff the Mayor and City Council of Baltimore, Maryland and the Proposed Class in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/7/2020

_____
Honorable Colleen McMahon

1